No. 86–998.   JAPAN AIR LINES CO., LTD., ET AL. v. DOLE, SECRETARY OF TRANSPORTATION.   C. A. D. C. Cir.   Certiorari

denied.